IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01731-MSK-KLM

BOBBY SANDOVAL, and
LISA SANDOVAL,

      Plaintiffs,

v.

OWNERS INSURANCE COMPANY,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**


This matter is before the Court on the parties' **Stipulated Motion for Extension of Discovery Completion Deadline to Complete Deposition Discovery up to and Including June 30, 2015** [#30][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. The Scheduling Order entered on October 6, 2014 [#16], and amended on March 23, 2015 [#26], is further modified to extend the following deadline:

- Discovery Deadline                      **June 30, 2015**[2]

Dated: May 7, 2015

---

[1] "[#30]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

[2] The Court notes that the Dispositive Motion Deadline was April 30, 2015. *Sched. Order* [#16] § 9(c). It is unusual for discovery to continue after the Dispositive Motion Deadline. However, the parties have not requested extension of this deadline even though the Court reminded them of it on March 23, 2015. *Minute Order* [#26] at 1 n.2. Further, the Motion specifically states that "the additional time requested to complete deposition discovery will not impact other case management deadlines . . . ." *Motion* [#30] at 3. Accordingly, the Court does not extend the Dispositive Motion Deadline in this Minute Order.